IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: }
} Case No. 1:18-bk-03154
DOUGLAS CARL CRONIN }
DAWN MARIE CRONIN } Chapter 13
SSN: xxx-xx-6845 } Judge Randal S. Mashburn
SSN: xxx-xx-2321 }
    Debtor(s) }

## **NOTICE OF NEW MAILING ADDRESS FOR CREDITOR**

COMES NOW the Debtor, and would give notice of the corrected name and address of the following creditor:

    The creditor was originally listed as follows:

        AES/EIFC
        PO BOX 61047
        HARRISBURG PA 17106

    The creditor should be listed as follows:

        AMERICAN EDUCATION SERVICES (AES)
        PO BOX 2461
        HARRISBURG PA 17105-2461

        Respectfully submitted,

        */s/ Daniel T. Castagna*
        Daniel T. Castagna, BPR #022721
        Attorney for Debtor
        1900 Church Street, Suite 400
        Nashville, TN 37203
        (615) 255-2893
        fax: (615) 242 8849
        cm-ecf@jamesflexerconsumerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2020 I furnished a true and correct copy of the foregoing to the following parties in interest:

<u>Electronic</u>
Henry Hildebrand, III
Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203

<u>Electronic</u>
U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203

<u>U.S. mail first class</u>
AMERICAN EDUCATION SERVICES (AES)
PO BOX 2461
HARRISBURG PA 17105-2461

I have sent out 3 notices.

                                       */s/ Daniel T. Castagna*
                                       Daniel T. Castagna